UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61345-CIV-LENARD/GARBER

MONICA J. DENNIS,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.
d/b/a CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO COUNT VII AND COUNT VIII IN PART AND PROPOSED ORDER**

Pursuant to the Court's Order to Show Cause [D.E. 51], the parties submit this Stipulation of Dismissal Without Prejudice and Proposed Order. On March 8, 2010, the Court entered a Final Judgment as to Counts I-IV of Plaintiff's Complaint [D.E. 36]. On April 20, 2010, the Court entered a Final Judgment as to Counts V, VI, and VIII in part of Plaintiff's Complaint [D.E. 37]. The parties hereby stipulate and agree that Plaintiff's claims brought under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which are Counts VII and Count VIII in part, are dismissed without prejudice, each party to bear its own attorney's fees and costs with respect to Count VII and Count VIII in part.

CASE NO. 09-61345-CIV-LENARD/GARBER

Respectfully submitted:

By: **s/ Alan D. Lash**
    **Alan D. Lash**
    Florida Bar No. 510904
    alash@lashgoldberg.com
    **Lorelei J. Van Wey**
    Florida Bar No. 982792
    Lvanwey@lashgoldberg.com
    **Lash & Goldberg LLP**
    Bank of America Tower, Suite 1200
    100 S.E. Second Street
    Miami, Florida 33131
    Tel: 305.347.4040
    Fax: 305.347.4050
    *Counsel for Defendant*
    *Syndicated Office Systems, Inc.*

By: **s/ Donald A. Yarbrough**
    **Donald A. Yarbrough**
    Florida Bar No. 0158658
    donyarbrough@mindspring.com
    P.O. Box 11842
    Fort Lauderdale, FL 33339
    Tel: 954.537.2000; Fax 954.566.2235
    *Counsel for Plaintiff*

CASE NO. 09-61345-CIV-LENARD/GARBER

**ORDER OF DISMISSAL WITHOUT PREJUDICE
OF COUNT VII AND COUNT VIII IN PART**

THIS CAUSE comes before the Court upon the Parties' Stipulation of Dismissal Without Prejudice as to Count VII and Count VIII in Part, and having reviewed the stipulation, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Plaintiff's claims brought pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which are Count VII and Count VIII in part, are hereby dismissed without prejudice, each party to bear its own attorney's fees and costs with respect to those claims.

DONE AND ORDERED this _____day of August, 2010, in Miami, Florida.

_____
**JOAN A. LENARD
United States District Judge**

Copies furnished to:
Counsel of Record